# Order

Michigan Supreme Court
Lansing, Michigan

November 1, 2017

155484

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

KENNETH REID, Personal Representative of the
Estate of AARON REID,
       Plaintiff-Appellee,

v

THOMAS WALKER and KIMBERLY WALKER,
       Defendants-Appellants,

and

RAYMOND WILLIS, VAUGHN VOIGHT, and
FRANCINE VOIGHT,
       Defendants-Appellees,

and

FARM BUREAU GENERAL INSURANCE,
       Defendant.

SC: 155484
COA: 328587
Livingston CC: 14-028291-NI

_____/

       On order of the Court, the application for leave to appeal the February 7, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2017



Clerk

p1025